UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-74-BR

UNITED STATES OF AMERICA      :
                              :
            v.                :    ORDER
                              :
                              :
MARDOQUEO MEJIA FAJARDO       :


    Upon motion of the United States and for good cause shown,

it is hereby ORDERED that the Information and Plea Agreement in

the above-captioned case be sealed until further order of the

court.

    This 9 July 2013.




                              _____
                              W. Earl Britt
                              Senior U.S. District Judge